*ORDER*

PER CURIAM.

Defendant Jerome Blankenship was found guilty following a jury trial of involuntary manslaughter in violation of section 565.024 RSMo 1994, and two counts of assault in the second degree in violation of section 565.060 RSMo 1994. Defendant was sentenced to a prison term of fourteen years. Defendant filed a motion for a new trial, which was overruled. Defendant appeals.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. No error of law appears. A written opinion would have no precedential value. However, we have provided the parties with a memorandum, for their information only, setting forth our reasoning.

The judgment of the trial court is affirmed pursuant to Rule 30.25(b).

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

**ORDER**

PER CURIAM.

Appellant, Demetrius Riley, appeals from the judgment entered upon the convictions by a jury of first-degree arson, Section 569.040, RSMo 1994, and misdemeanor resisting arrest, Section 575.150, RSMo 1994. The court sentenced Appellant as a prior and persistent offender, pursuant to Section 558.016, RSMo 1994, to twenty-five years' imprisonment for arson and a concurrent term of one year's imprisonment for resisting arrest. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. Accordingly, the judgment is affirmed pursuant to Rule 30.25(b).

---

**STATE of Missouri, Plaintiff–Respondent,**

v.

**Demetrius RILEY, Defendant–Appellant.**

**No. 72757.**

Missouri Court of Appeals,
Eastern District,
Division Four.

June 9, 1998.

Rosalynn Koch, Asst. Public Defender, Columbia, for defendant–appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, Asst. Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for plaintiff–respondent.

---

**STATE of Missouri, Plaintiff–Respondent,**

v.

**Demetrics McCAULEY, Defendant–Appellant.**

**No. 72899.**

Missouri Court of Appeals,
Eastern District,
Division Four.

June 9, 1998.

Gary E. Brotherton, Asst. Public Defender, Columbia, for defendant–appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for plaintiff–respondent.